IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Rongzhen Xuan, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-14607 |
| | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

### Plaintiff's Motion for Leave to File Under Seal

**NOW COMES** Rongzhen Xuan ("Plaintiff"), by and through Plaintiff's undersigned counsel, hereby requests leave to file the following documents under seal:(i) Motion for TRO and Expedited Discovery (Dkt.10); (v) Declaration of Owner (Dkt.12); (vi) Exhibits of Declaration of Owner (Dkt.13).

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement. Sealing these portions of the file is necessary, at the very outset of the case, to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings - including the identity of the Plaintiff's trademark, or Plaintiff himself (who can be immediately searched via USPTO to the same effect) prematurely, such as from sellerdefense.cn or other court monitoring services, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary

restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal the above documents.

Date: December 5, 2025

                                                        Respectfully submitted,

                                                  /s/Wengang He  
                                                  1450 E 55th Pl,  
                                                  Chicago, IL 60637  
                                                  Illinois Bar No. 6289708  
                                                  custoslex@gmail.com  
                                                  Phone: (858)2498706

                                                  ATTORNEY FOR PLAINTIFF