IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Rongzhen Xuan, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-14607 |
| | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Motion for Entry of Preliminary Injunction**

Plaintiff, Rongzhen Xuan, hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered February 2, 2026 [Dkt. 22]. In support of Plaintiff's Motion, Plaintiff files herewith a Memorandum of Law and a further Declaration of Wengang He.

Date: February 23, 2026

Respectfully submitted,

/s/Wengang He
1450 E 55th Pl,
Chicago, IL 60637
Bar No. 6289708
custoslex@gmail.com
Phone: (858)2498706

*Counsel for Plaintiff*